1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    REGINALD RAY YORK,                          1:14-cv-01234-SKO (PC)

12                    Plaintiff,                   ORDER TO SUBMIT APPLICATION
                                                   TO PROCEED IN FORMA PAUPERIS
13         v.                                      OR PAY FILING FEE WITHIN 45 DAYS

14    JEFFREY BEARD, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

18    § 1983.  Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed in

19    forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

20          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

21    attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

22    the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

23    **showing of good cause**.  **Failure to comply with this order will result in dismissal of this**

24    **action.**
      IT IS SO ORDERED.

25

26      Dated:    **August 11, 2014**                      **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE

27

28

                                                   1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2