# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:14-cv-01234-LJO-SKO (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE WITHIN THIRTY DAYS<br><br>(Doc. 7) |

Plaintiff Reginald Ray York, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 6, 2014. The Court ordered Plaintiff to file an application to proceed in forma pauperis or pay the $400.00 filing fee on August 11, 2014. On August 22, 2014, Plaintiff filed an application to proceed in forma pauperis.

Plaintiff's current trust account balance is $3775.08 and his average balance for the past six months was $4094.54. 28 U.S.C. § 1915(a)(1), (2). Based on those balances, Plaintiff is ineligible to proceed in forma pauperis in this action. *Id.*

Accordingly, Plaintiff's motion for leave to proceed in forma pauperis is HEREBY DENIED, and Plaintiff has **thirty (30) days** from the date of service of this order within which to

///
///
///
///

pay the $400.00 filing fee.  **If Plaintiff fails to pay the filing fee in compliance with this order, this action will be dismissed, without prejudice.**

IT IS SO ORDERED.

   Dated:   **August 25, 2014**                    /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE