# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFFREY BEARD, et al.,<br><br>   Defendants.<br>_____/ | Case No. 1:14-cv-01234-LJO-SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY THE USM<br><br>(Doc. 18) |

Plaintiff Reginald Ray York ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 12132 (Title II of the Americans with Disabilities Act ("ADA")) on August 6, 2014.  On July 28, 2015, the Court authorized service of Plaintiff's second amended complaint and directed Plaintiff to effect service within one-hundred twenty days.[1]  28 U.S.C. § 1915A; Fed. R. Civ. P. 4.  On September 28, 2015, Plaintiff filed a motion seeking service by the United States Marshal.  Fed. R. Civ. P. 4(c)(3).

///
///
///
///
///

---

[1] Plaintiff is not proceeding in forma pauperis and is therefore not entitled to rely on the United States Marshal for service.  28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

The Court finds good cause to grant Plaintiff's motion. *Id.* Accordingly, pursuant to Rule 4(c)(2), the United States Marshal will be directed to initiate service of Plaintiff's second amended complaint on Defendants Beard, Davey, and Arlitz.

IT IS SO ORDERED.

Dated: **October 2, 2015**                                            **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE