# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK, | Case No. 1:14-cv-01234-LJO-SKO (PC) |
| Plaintiff, | ORDER SUBSTITUTING C. PFEIFFER FOR D. DAVEY AND S. RIMBACH FOR T. S. ARLITZ |
| v. | |
| JEFFREY BEARD, et al., | (Docs. 12 and 18) |
| Defendants. | |

Pursuant to the order filed on July 27, 2015, this action is proceeding against Defendants M. D. Biter, D. Davey, and T. S. Artliz in their official capacities for violating Plaintiff's rights under 42 U.S.C. § 12132 (Title II of the Americans with Disabilities Act). On September 28, 2015, Plaintiff filed a motion in which he stated that C. Pfeiffer has replaced D. Davey as Chief Deputy Warden and S. Rimbach has replaced T. S. Artliz as Associate Warden. Official capacity claims cannot be brought against former state officials. *Rounds v. Oregon State Bd. of Higher Educ.*, 166 F.3d 1032, 1036 n.2 (9th Cir. 1999). Therefore, C. Pfeiffer is ORDERED SUBSTITUTED for D. Davey and S. Rimbach is ORDERED SUBSTITUTED for T. S. Arlitz.

IT IS SO ORDERED.

Dated:   **October 2, 2015**            **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE