UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>         Plaintiff,<br><br>    vs.<br><br>JEFFREY BEARD, et al.,<br><br>         Defendants. | 1:14-cv-01234-LJO-GSA-PC<br>Appeal case no. 17-15090<br><br>ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS, TOGETHER WITH AN AFFIDAVIT, PURSUANT TO RULE 4 OF THE FEDERAL RULES OF APPELLATE PROCEDURE (ECF No. 48.)<br><br>TWENTY-DAY DEADLINE |

Reginald Ray York ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2019, Plaintiff paid the $400.00 filing fee for this action in full. (Court Record.) On June 8, 2016, this case was dismissed with prejudice for lack of standing, and judgment was entered, closing this case. (ECF Nos. 35, 36.)

On January 17, 2017, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals, case number 17-15090. (ECF No. 45.) On February 6, 2017, Plaintiff filed a handwritten motion for leave to proceed *in forma pauperis* on appeal, together with a certified copy of his prison trust account statement showing activity from 8/1/16 to 1/25/17. (ECF No. 48.)

Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a party to a district-court action who desires to appeal *in forma pauperis* must file a motion in the district court. The party must attach an affidavit that: **(A)** shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; **(B)** claims an entitlement to redress; and **(C)** states the issues that the party intends to present on appeal. Fed. R. App. P. 24(a)(1).

Plaintiff has not provided all of the information required by Rule 24. Plaintiff shall be now be provided with applicable form to proceed *in forma pauperis* , Plaintiff needs to complete the form and return to the court.[1] Plaintiff must submit the <u>completed application</u>, together with an <u>affidavit</u>[2] claiming an <u>entitlement to redress</u>[3] and stating the <u>issues</u> that he intends to present on appeal, within twenty days. Plaintiff is not required to submit another copy of his prison trust account statement.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk is directed to send Plaintiff an application to proceed *in forma pauperis*;
2. Within twenty days from the date of service of this order, Plaintiff is required to complete the enclosed application to proceed *in forma pauperis* and submit it to the court;
3. Together with the completed application, Plaintiff must also submit an affidavit claiming an entitlement to redress and stating the issues that he intends to present on appeal;

---

[1] The court's form application to proceed *in forma pauperis* shall collect Plaintiff's financial information in the detail prescribed by Form 4 of the Appendix of Forms for the Federal Rules of Appellate Procedure.

[2] A declaration, if properly prepared, is admissible in federal court with the same effect as an affidavit. 28 U.S.C. § 1746. The declaration must be dated and signed by Plaintiff, attesting under penalty of perjury to facts known by the declarant, in substantially the following form: "I declare under penalty of perjury that the foregoing is true and correct. Executed on (date) . (Signature)."

[3] An entitlement to redress is sometimes known as a claim for relief, by which the claimant sets forth the remedy he seeks. In this case, Plaintiff is required to declare what type of relief he seeks on appeal.

///

4. The Clerk is directed to serve a copy of this order on the Ninth Circuit Court of Appeals; and

5. If Plaintiff fails to comply with this order, the court shall deny his motion to proceed *in forma pauperis* on appeal.

IT IS SO ORDERED.

Dated:  **March 15, 2017**                              **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE